**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7865**

DAMON ELLIOTT,

                Petitioner - Appellant,

      v.

ERIC WILSON, Warden,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:14-cv-01069-LO-TCB)

Submitted: April 23, 2015         Decided: April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Damon Elliott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Elliott, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition as duplicative. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Elliott v. Wilson, No. 1:14-cv-01069-LO-TCB (E.D. Va. filed Nov. 17, 2014; entered Nov. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED